IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN BARRETT BICKNELL, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:23cv358-MHT |
| | ) | (WO) |
| ELMORE COUNTY SHERIFF | ) | |
| DEPARTMENT, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that the officers who initially arrested him used excessive force and that his trial judge unconstitutionally denied discovery of documents related to the arrest.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed with prejudice prior to service of process.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of August, 2023.

                                    /s/ Myron H. Thompson  
                                  **UNITED STATES DISTRICT JUDGE**